# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**J.A., a minor, by John Abelove and Kathryn Abelove, his next friends, parents and natural guardians,**

**Plaintiffs,**

**-vs-**                                                                                                 **Case No. 6:05-cv-975-Orl-31DAB**

**SEMINOLE COUNTY SCHOOL BOARD and KATHLEEN MARY GARRETT,**

**Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE (Doc. No. 19)** |
| **FILED:** | **October 14, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION TO STRIKE PARAGRAPHS 28 AND 30(K) OF THE COMPLAINT (Doc. No. 20)** |
| **FILED:** | **October 14, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff is suing teacher Kathleen Garrett and the Seminole County School Board for violation of his civil rights arising from Garrett's discipline of Plaintiff, a special education student at South Seminole Middle School. Doc. No. 1. Plaintiff alleges that "Garrett regularly used threats of . . .

sexual humiliation . . ." and would "brag about her sexual role as a dominatrix and openly reveal her alias Nautitcher4U." Doc. No. 1 ¶¶ 28, 30. Garrett moves to strike these allegations from the Complaint pursuant to Federal Rule of Civil Procedure 12(f) as irrelevant to the Complaint and degrading to Defendant's moral character. Plaintiff contends the allegations are relevant to a "pattern of threats, intimidation and humiliation that will establish the claims at issue" in the lawsuit.

The Motion is **DENIED** without prejudice to raising it as an objection to the evidence as it is developed and asserted in the litigation.

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record